# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**LARRY POINTER, III**                                                                                                              **PETITIONER**

**v.**                                                                                                                                                         **No. 3:17CV56-NBB-RP**

**EARNEST LEE, ET AL.**                                                                                   **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is **DENIED**.

**SO ORDERED**, this, the 26th day of March, 2020.

                                                                          /s/ Neal Biggers
                                                                         NEAL B. BIGGERS
                                                                         SENIOR U. S. DISTRICT JUDGE